# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

TAREQ ABU FAYAD,                                1:10-cv-00070-DLB (HC)

             Petitioner,              ORDER REQUIRING RESPONDENT TO
INFORM THE COURT WHETHER
RESPONDENT WILL CONSENT TO
    v.                                        MAGISTRATE JUDGE JURISDICTION

NANCY ALCANTAR, et.al,

             Respondents.

_____/

Petitioner is detained by the Immigration and Customs Enforcement ("ICE") and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner is represented by Love Macione, Esq.

Respondent has not indicated whether she will consent to Magistrate Judge jurisdiction. At this time, Respondent shall be required to notify the Clerk of Court in writing whether or not Respondent will consent to the jurisdiction of the U.S. Magistrate Judge for all purposes pursuant to 28 U.S.C. §636(c), using the forms supplied by the Clerk.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Clerk of Court is DIRECTED to send Respondent a copy of the consent option form and the instructions for consent to Magistrate Judge Jurisdiction; and

///

///

1

1

2.      Within seven (7) days of the date of service of this order, Respondent SHALL file

2

with the Court a completed consent option form indicating consent or decline to Magistrate Judge

3

Jurisdiction.

4

5

IT IS SO ORDERED.

6

**Dated:    April 26, 2010**                **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28