# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAREQ ABU FAYAD,<br><br>　　　　Petitioner,<br><br>　v.<br><br>NANCY ALCANTAR, etc.<br><br>　　　　Respondents.<br>_____/ | 1:10-cv-00070-DLB (HC)<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT FURTHER ADMINISTRATIVE RECORD AND REQUEST FOR RESPONDENT TO REVIEW CITATIONS TO ADMINISTRATIVE RECORD SET FORTH IN ITS RESPONSE TO THE PETITION |

　　　Petitioner is detained by the Immigration and Customs Enforcement ("ICE") and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner is represented by Love Macione, Esq.

　　　Petitioner filed the instant petition for writ of habeas corpus on January 5, 2010.  (Court Doc. 1.)  Respondent filed a response to the petition on March 18, 2010.  (Court Doc. 9.)  Respondent has submitted three volumes of the Administrative Record, pages 1-1299; however, Respondent makes reference to additional pages that were not submitted to the Court.  Accordingly, it is HEREBY ORDERED that within seven (7) days from the date of service of this order, Respondent shall submit the additional pages of the Administrative Record.  In addition, <u>the Court requests that Respondent review its response and citations to the Administrative Record for incorrect reference and/or pagination</u>, and to re-submit within seven (7) days if necessary.

　　　IT IS SO ORDERED.

　　　Dated: __**May 12, 2010**__　　　　　　　__/s/ Dennis L. Beck__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1