# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAREQ ABU FAYAD,<br><br>        Petitioner,<br><br>  v.<br><br>NANCY ALCANTAR, et al,.<br><br>        Respondents.<br>_____/ | 1:10-cv-00070-DLB (HC)<br><br>ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>[Doc. 22] |

    Petitioner is detained by the Immigration and Customs Enforcement ("ICE") and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner is represented by Love Macione, Esq.

    On February 12, 2011, Respondent filed a motion to extent time to file an opposition to the motion for summary judgment. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

    Respondents' Opposition to the Motion for Summary Judgment is extended to April 14, 2011, and the time for Petitioner's response is April 28, 2011.

    IT IS SO ORDERED.

    Dated:   February 22, 2011                            /s/ Dennis L. Beck
                                                                                  UNITED STATES MAGISTRATE JUDGE