# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAREQ ABU FAYAD, | 1:10-cv-00070-DLB (HC) |
|     Petitioner, | ORDER GRANTING PARTIES' JOINT STIPULATION TO EXTEND TIME FOR PETITIONER TO FILE A REPLY |
|     v. | |
| NANCY ALCANTAR, etc. | [Doc. 27] |
|     Respondents. | |

    Petitioner is detained by the Immigration and Customs Enforcement ("ICE") and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner is represented by Love Macione, Esq.

    On December 13, 2010, Petitioner filed a motion for summary judgment. Respondents filed an opposition on April 14, 2011. On April 26, 2011, Respondents filed a supplement to their opposition. On April 27, 2011, Respondents filed a joint stipulation to extend the time for Petitioner to file a reply in favor of the motion for summary judgment.

    Accordingly, pursuant to the joint stipulation, it is HEREBY ORDERED that the time for filing Petitioner's reply in support of themotion for summary judgment is extended to May 19, 2011.

    IT IS SO ORDERED.

    Dated:   **April 28, 2011**          /s/ Dennis L. Beck
                                                   UNITED STATES MAGISTRATE JUDGE