# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAREQ ABU FAYAD,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>NANCY ALCANTAR, etc.<br><br>　　　　　Respondents.<br>_____/ | 1:10-cv-00070-DLB (HC)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO STIPULATION OF PARTIES<br><br>[Doc. 32} |

　　　Petitioner is detained by the Immigration and Customs Enforcement ("ICE") and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner is represented by Love Macione, Esq.

　　　On June 26, 2011, Petitioner was removed from the United States. (Attachment A, to Stipulation of Dismissal.) On July 5, 2011, the parties filed a stipulation for dismissal of the petition as moot. Because Petitioner has been removed, and is no longer in detention, his habeas corpus petition challenging the length of his confinement is moot, and the parties stipulate to dismissal of this action. Cf. Picrin-Peron v. Rison, 930 F.2d 773 (9th Cir. 1991) (habeas petition dismissed as moot because INS Director had release (paroled) alien petitioner). Each side it to bear its own costs of the ligitation.

　　　Accordingly, IT IS HEREBY ORDERED that the instant petition for writ of habeas corpus is dismissed as MOOT.

　　　IT IS SO ORDERED.

　　　Dated:　July 6, 2011　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1